JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| D'ANGELO NUNEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. CV 21-07944-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that that this action is dismissed for lack of jurisdiction.

Date: October 19, 2021

_____
PERCY ANDERSON
United States District Judge